445 A.2d 241

Commonwealth v. Downs, Appellant.

Argued September 10, 1981. Dennis D. Brogan, Assistant Public Defender, for appellant; Robert P. Brendza, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The order of the court is hereby affirmed.